UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
Tristan Tskhvedadze, individually and on behalf of all
others similarly situated;

                Plaintiff,                               Case No: 1:21-cv-03924-ARR-CLP

                -against-

Portnoy Schneck, L.L.C.;
Cavalry SPV I, LLC.

                Defendant(s).
----------------------------------------------------------------------x

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANTS PORTNOY SCHNECK, L.L.C. AND CAVALRY SPV I, LLC

**IT IS HEREBY AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendants shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: October 22, 2021

                                                  **HOROWITZ LAW, PLLC**

                                                  */s/ Uri Horowitz*
                                                  Uri Horowitz
                                                  14441 70th Road
                                                  Flushing, NY 11367
                                                  Phone: (718) 705-8706
                                                  uri@horowitzlawpllc.com

                                                  *Attorney for Plaintiff Tristan Tskhvedadze*

So ordered.
/s/(ARR)
USDJ

1

## Certificate of Service

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 22nd day of October, 2021        Respectfully Submitted,


                                      /s/ *Uri Horowitz*
                                      Uri Horowitz